# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  LINDA M. WANSTROM  
2734 HANSON STREET  
ROCKFORD, IL  61109  

SSN-xxx-xx-5860

Case Number: 05-72211

Case filed on: 5/3/2005  
Plan Confirmed on: 7/8/2005  

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $18,771.40          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 007 | INTERNAL REVENUE SERVICE | 4,678.61 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 4,678.61 | 0.00 | 0.00 | 0.00 |
| 999 | LINDA M. WANSTROM | 0.00 | 0.00 | 350.31 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 350.31 | 0.00 |
| 001 | CITIFINANCIAL MORTGAGE COMPANY | 14,093.87 | 11,000.00 | 11,000.00 | 0.00 |
| 002 | CITIZENS FINANCE | 773.20 | 773.20 | 773.20 | 101.77 |
| 005 | WINNEBAGO COUNTY CLERK | 2,055.00 | 1,932.42 | 1,932.42 | 570.69 |
|  | Total Secured | 16,922.07 | 13,705.62 | 13,705.62 | 672.46 |
| 002 | CITIZENS FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | HEIGHTS FINANCE COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ROYCE FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ILLINOIS DEPARTMENT OF REVENUE | 87.81 | 0.00 | 0.00 | 0.00 |
| 007 | INTERNAL REVENUE SERVICE | 34.89 | 0.00 | 0.00 | 0.00 |
| 008 | ACADEMY COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | AMERICASH LOANS LLC | 242.43 | 0.00 | 0.00 | 0.00 |
| 010 | ASSOCIATES NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | COTTONWOOD FINANCIAL | 425.15 | 0.00 | 0.00 | 0.00 |
| 012 | CREDITORS BANKRUPTCY SERVICE | 223.77 | 0.00 | 0.00 | 0.00 |
| 013 | CAPITAL ONE | 632.69 | 0.00 | 0.00 | 0.00 |
| 014 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CREDITORS PROTECTION SERVICE, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | B-LINE LLC | 1,137.08 | 0.00 | 0.00 | 0.00 |
| 017 | ER SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | ECAST SETTLEMENT CORPORATION | 1,594.02 | 0.00 | 0.00 | 0.00 |
| 019 | GENERAL CASUALTY | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | LESLIE P. EDGCOMB, M.D. | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | MEMBER SERVICE CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | NICOR GAS | 524.81 | 0.00 | 0.00 | 0.00 |
| 026 | PUBLISHER'S CLEARING HOUSE | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | ROCKFORD GASTROENTEROLOGY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | ROCKFORD SURGICAL SERVICES SC | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | ROCKFORD WATER DEPARTMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | SBC CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | SWISS COLONY | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | TELECHECK SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | THE HAMILTON COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | THOMAS MOSS, DDS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 4,902.65 | 0.00 | 0.00 | 0.00 |
|  | Grand Total: | 29,367.33 | 16,569.62 | 16,919.93 | 672.46 |

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

| | |
|---|---|
| Total Paid Claimant: | $17,592.39 |
| Trustee Allowance: | $1,179.01 |
| Percent Paid Unsecured: | 0.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 01/23/2009           By  /s/Heather M. Fagan